IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

IN RE:   ANN C. DONOVAN
         ARKANSAS BAR ID #78043

CASE NO. 5:05MC33

**O R D E R**

Now on this 27th day of February, 2006, the above referenced matter comes before this Court.

1. By Notice dated September 13, 2005, the Arkansas Supreme Court Committee (the "Committee") of Professional Conduct notified this Court that effective September 13, 2005, Ann C. Donovan's Arkansas Attorney's Licenses was suspended for a period of three (3) months. The Committee further advised that Donovan "shall not be reinstated to the practice of law in this State until the Arkansas Supreme Court has received an affirmative vote by a majority of the Committee."

2. Subsequently, following this Court's review, Donovan was suspended from the practice of law before the U.S. District Courts for the Eastern and Western Districts of Arkansas for a period of three (3) months commencing September 13, 2005, and for so long as her license to practice law remains suspended by the State of Arkansas.

3. By Notice from the Committee dated February 16, 2006, this Court has been notified that the suspension of Ms. Donovan's license to practice law within the State of Arkansas has been terminated. Therefore, this Court finds that Ms.

Donovan's suspension from the practice of law before the U.S. District Courts for the Eastern and Western Districts of Arkansas should also be terminated.

IT IS, THEREFORE, ORDERED that Ann C. Donovan's privilege of practicing law before the U.S. District Courts for the Eastern and Western Districts of Arkansas is reinstated.

IT IS SO ORDERED.

<pre>
                              /S/JIMM LARRY HENDREN
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE
</pre>